United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIE PANDO, | ) | No. C 13-04821 EJD (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| J. BROWN, Governor, | ) | |
| Respondent. | ) | |

On October 17, 2013, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket No. 1.) On the same day, the Clerk of the Court notified Petitioner that he had failed to pay the filing fee or file an In Forma Pauperis Application and that he needed to do so within twenty-eight days or his case would be dismissed. (Docket No. 2.) The deadline has since passed, and Petitioner has failed to respond. Accordingly, this case is **DISMISSED** without prejudice for failure to pay the filing fee.

DATED: _12/23/13_

EDWARD J. DÁVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\EJD\HC.13\04821Pando_dism-ifp.wpd